**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

UNITED STATES OF AMERICA        )
       )
       )
v.        )        Criminal No.  3:15-cr-00070-2
       )        Judge Trauger
BYRON FERNANDEZ-VIRULA, JR.        )
       )

# O R D E R

This defendant filed a Motion for Bill of Particulars (Docket No. 94) on September 1, 2015, and the government responded on September 17, 2015 (Docket No. 99).  The government asserts that the additional productions  made to the defendant on October 1, 2015 will moot the motion.  In light of the fact that the defense has not countered that assertion, the court presumes that the assertion is correct.  For these reasons, this defendant's Motion for Bill of Particulars (Docket No. 94) is DENIED AS MOOT.

It is so **ORDERED**.

ENTER this 30th day of October 2015.

 

_____
ALETA A. TRAUGER
U.S. District Judge